Form:def2

# UNITED STATES BANKRUPTCY COURT
Eastern District of Michigan
211 West Fort Street
Detroit, MI 48226

Case No.: 16−45227−mar
Chapter: 13

In Re: (NAME OF DEBTOR(S))

Elena Konstantinos Kaltsas
8279 Hummingbird Dr.
Ypsilanti, MI 48197−6214

James Atkins Jr.
8279 Hummingbird Dr.
Ypsilanti, MI 48197−6214

Social Security No.:
xxx−xx−8716

xxx−xx−9444

Employer's Tax I.D. No.:

## NOTICE OF DEFICIENT FILING

It has been determined that the following document(s) are Missing and/or Non−Compliant:

*50* − Application for Compensation for John Robert Keyes, Debtor's Attorney, Period: 7/11/2016 to 12/2/2016, Fee: $5260, Expenses: $565. Filed by Attorney John Robert Keyes (Keyes, John)

Notice to Respondent Missing or Non−Compliant.

is defective as indicated:

- ☐ Acceptable List of Creditors Missing
- ☐ Acceptable List of Creditors Not Uploaded
- ☐ Amended Document Missing or Non−Compliant (To be filed with Cover Sheet for Amendments in its entirety as one PDF)
- ☐ Application to Have the Chapter 7 Filing Fee Waived Missing or Non−Compliant
- ☐ Bankruptcy Petition Cover Sheet Missing or Non−Compliant
- ☐ Bankruptcy Matter Civil Case Cover Sheet Missing
- ☐ Brief Missing
- ☐ Certificate of Exigent Circumstances−Credit Counseling Waiver Missing
- ☐ Cover Sheet for Amendments to Schedules and or Statements Missing or Non−Compliant (To be filed with corrected document in its entirety as one PDF)
- ☐ Electronic Signature does not match login
- ☐ Electronic Signature Missing or Incorrect Format ECF Procedure 11 (d)(1)
- ☐ List of 20 Largest Unsecured Creditors Missing
- ☐ Motion for Approval of Certificate of Exigent Circumstances (109)(h)(3)(A) Missing
- ☐ Motion to Convert under 11 USC 706(a)(Rule 9013) Missing
- ☐ Motion to Excuse Credit Counseling (109)(h)(4) Missing
- ☐ Notice of Objection to Claim Missing or Non−Compliant
- ☐ Notice of Special Appearance (LBR 9010−1(c)) Missing or Non−Compliant
- ☑ Notice to Respondent Missing or Non−Compliant
- ☐ Original Signature Missing or Non−Compliant

- ☐ Petition Non−Compliant (To be filed in its entirety)
- ☐ Proof of Service Missing or Non−Compliant
- ☐ Proposed Order Missing
- ☐ Statement of Attorney for Debtors 2016b LBR 9010−1c Missing or Non−Compliant
- ☐ Statement of Corporate Ownership Missing
- ☐ Statement of Petition Preparer Pursuant to F.R.Bankr.P.2016 (c) Missing

A corrected/missing document must be filed with the court within seven (7) days of this notice. If not corrected, the case may be dismissed or an order striking the document from the record may be entered by the Court. The new document filed should be identified as **"CORRECTED"**.

Dated: 12/12/16

BY THE COURT

Katherine B. Gullo , Clerk of Court
U.S. Bankruptcy Court

```
                           United States Bankruptcy Court
                           Eastern District of Michigan
In re:                                                               Case No. 16-45227-mar
Elena Konstantinos Kaltsas                                           Chapter 13
James Atkins, Jr.
        Debtors
```

# CERTIFICATE OF NOTICE

District/off: 0645-2          User: ckata              Page 1 of 1              Date Rcvd: Dec 12, 2016
                              Form ID: def2            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 14, 2016.
24336474       +ACAR Leasing LTD d/b/a GM Financial Leasing,    P.O Box 183692,    Arlington, TX 76096-3692

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                    TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 14, 2016                                    Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 12, 2016 at the address(es) listed below:
              Debra A. Kowich    on behalf of Creditor    Board of Regents of The University of Michigan
               dkowich@umich.edu,    schmitzr@umich.edu
              John Robert Keyes    on behalf of Joint Debtor James  Atkins, Jr. ecf@robertkeyeslaw.com,
               chris@robertkeyeslaw.com
              John Robert Keyes    on behalf of Debtor Elena Konstantinos Kaltsas ecf@robertkeyeslaw.com,
               chris@robertkeyeslaw.com
              Karen L. Rowse-Oberle    on behalf of Creditor    Community Alliance Credit Union
               krowse-oberle@bbrolaw.com
              Krispen S. Carroll    notice@det13ksc.com,    ecfinfo@det13ksc.com
              Thomas Charles Smith    on behalf of Creditor    The Money Source Inc. EasternECF@trottlaw.com,
               mitrottlaw@ecf.courtdrive.com
                                                                                            TOTAL: 6