UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:
Elena Konstantinos Kaltsas
James Atkins, Jr.

______________________/
Debtors.

Bankruptcy Case No. 16-45227 mar
Chapter 13
Judge: Mark A. Randon

## CERTIFICATE OF NO RESPONSE

I, Robert Keyes, hereby certify under penalty of perjury that the **PRE-CONFIRMATION APPLICATION FOR ATTORNEY FEES** in this case was filed and served on the Debtor, the Trustee, and all creditors on December 13, 2016, pursuant to L.B.R. 9014-1(c) and that more than 21 days have passed since the time of service and that no response or objection was filed as required by L.B.R. 9014-1(c).

Dated: January 6, 2017

*<u>/s/ Robert Keyes</u>*
Robert Keyes
Robert Keyes Law, PLLC
300 North Huron Street
Ypsilanti MI 48197

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

IN THE MATTER OF:
Elena Konstantinos Kaltsas
James Atkins, Jr.

_____________________/
Debtors.

Bankruptcy Case No. 16-45227 mar
Chapter 13
Judge: Mark A. Randon

**ORDER APPROVING PRE-CONFIRMATION FEE APPLICATION**

This matter having come before the Court upon the application of Robert Keyes Law, PLLC, and all interested parties having been served with notice of the application and the provisions of LBR 2016 having been met, no objections to the application having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Court approves Applicant's fees and expenses as follows:

| | |
|---|---|
| PRIOR AWARD(S) FOR FEES: | $0.00 |
| PRIOR AWARD(S) FOR COSTS: | $0.00 |
| TOTAL AWARD TO DATE: | $0.00 |
| THIS AWARD FOR FEES: | $5,260.00 |
| THIS AWARD FOR COSTS: | $255.60 |
| FILING FEE ADVANCED | $310.00 |
| TOTAL THIS AWARD: | $5,825.60 |
| GRAND TOTAL FEES AND COSTS | $5,825.60 |
| LESS AMOUNT PAID BY DEBTOR | $500.00 |
| BALANCE TO BE PAID BY TRUSTEE | $5,325.60 |

2. This award covers services rendered and expenses incurred during the time period 7/11/2015 through 12/2/2016.

3. To the extent that fees and costs pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor(s) following dismissal of this case.