UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| IN THE MATTER OF: | |
| Elena Konstantinos Kaltsas | Bankruptcy Case No. 16-45227 mar |
| James Atkins, Jr. | Chapter 13 |
| | Judge: Mark A. Randon |
| ________________________/ | |
| Debtors. | |

## ORDER APPROVING PRE-CONFIRMATION FEE APPLICATION

This matter having come before the Court upon the application of Robert Keyes Law, PLLC, and all interested parties having been served with notice of the application and the provisions of LBR 2016 having been met, no objections to the application having been received and a certification of no response having been filed, and the Court being otherwise fully advised in the premises;

IT IS HEREBY ORDERED:

1. The Court approves Applicant's fees and expenses as follows:

| | |
|---|---|
| PRIOR AWARD(S) FOR FEES: | $0.00 |
| PRIOR AWARD(S) FOR COSTS: | $0.00 |
| TOTAL AWARD TO DATE: | $0.00 |
| | |
| THIS AWARD FOR FEES: | $5,260.00 |
| THIS AWARD FOR COSTS: | $255.60 |
| FILING FEE ADVANCED | $310.00 |
| TOTAL THIS AWARD: | $5,825.60 |
| | |
| GRAND TOTAL FEES AND COSTS | $5,825.60 |
| LESS AMOUNT PAID BY DEBTOR | $500.00 |
| BALANCE TO BE PAID BY TRUSTEE | $5,325.60 |

2. This award covers services rendered and expenses incurred during the time period 7/11/2015 through 12/2/2016.

3. To the extent that fees and costs pursuant to this Order are not disbursed by the Chapter 13 Trustee, they shall be paid directly by the Debtor(s) following dismissal of this case.

**Signed on January 06, 2017**

**___/s/ Mark A. Randon _____**
**Mark A. Randon**
**United States Bankruptcy Judge**