UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In Re: Elena Konstantinos Kaltsas  
James Atkins, Jr.  
Debtors

Chapter 13  
Case No. 16-45227  
Judge Mark A. Randon

## STIPULATED MOTION TO PERMIT EXECUTION AND RECORDING OF MORTGAGE NOTE AND LIEN

**NOW COME** the Debtors, Elena Konstantinos Kaltsas and James Atkins, Jr., by and through their attorney, Robert Keyes Law, PLLC and states as follows:

1. Debtors filed a petition for Chapter 13 relief on or about April 6, 2016

2. Debtors' Chapter 13 plan was confirmed on December 5, 2016.

3. Debtor has applied for assistance from Michigan's Helping Hardest Hit Homeowners program, otherwise known as Step Forward Michigan for property address: 8279 Hummingbird Dr., Ypsilanti, MI 48197.

4. Step Forward Michigan will consider applications for homeowners in bankruptcy provided they receive authorization from the Bankruptcy Court permitting the Debtor to:
   a. Accept Hardest Hit Funds® assistance that will be paid directly to the mortgage lender *The Money Source, Inc.* (See attached Exhibit A: *Instructions for Bankruptcy Clients letter*).
   b. Execute a Note which will have a 0% interest rate, and require no payments. The principal amount of assistance will be forgivable over a five-year (5) term at 20% per year. During that time, any portion of the principal not forgiven is due only if there is a transfer of the property or if the property ceases to be the homeowner's principal residence.
   c. Execute and record a Michigan Housing Authority Mortgage Lien on the principal residence.

5. If Debtor's application is approved, the awarded funds will be paid directly to the mortgage lender and be applied to the mortgage account.

6. The awarded funds may be paid in one lump sum or over a twelve month period.

7. This request will not reduce the amount received by the unsecured creditors.

8. In all other respects, this Chapter 13 plan remains unchanged.

**THEREFORE**, the Debtor, Trustee and The Money Source, Inc. do hereby agree:

1. Debtors should be permitted to accept funds from Michigan's Helping Hardest Hit Homeowners program, otherwise known as Step Forward Michigan if Debtor's application is approved.

2. Debtors should be permitted to execute a Note in favor of Michigan Housing Authority which will have a 0% interest rate, and require no payments. The principal amount of assistance will be forgivable over a five-year (5) term at 20% per year. During that time, any portion of the principal not forgiven is due only if there is a transfer of the property or if the property ceases to be the homeowner's principal residence.

3. Debtors should be permitted to execute and record a Michigan Housing Authority Mortgage Lien on Debtors' principal residence.

Dated: April 11, 2018

_/s/_ _Krispen S. Carroll_
Krispen S. Carroll
Chapter 13 Trustee
719 Griswold, Suite 1100
Detroit, MI 48226

_/s/ Robert Keyes_
Robert Keyes (P68856)
Robert Keyes Law, PLLC
300 North Huron Street
Ypsilanti, MI 48197

_/s/ Jonathan L. Engman_
Jonathan L. Engman (P56364)
Attorney for The Money Source, Inc.
700 Tower Drive, Ste. 510
Troy, MI 48098

UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION-DETROIT

In Re: Elena Konstantinos Kaltsas  
James Atkins, Jr.  
Debtors

Chapter 13  
Case No. 16-45227  
Judge Mark A. Randon

## ORDER GRANTING MOTION TO PERMIT EXECUTION AND RECORDING OF MORTGAGE NOTE AND LIEN

**THIS MATTER** having coming before the Court on *Stipulated Motion to Permit Execution and Recording of Mortgage Note and Lien*, and the Court having read and reviewed same and being otherwise fully advised in the premises,

**IT IS THEREFORE ORDERED** Debtors are permitted to accept Hardest Hit Funds® assistance that will be paid directly to the mortgage lender *The Money Source, Inc*.

**IT IS FURTHER ORDERED** that Debtors shall be permitted to execute the MHA Note which will have a 0% interest rate, require no payments, and the principal amount of assistance is forgivable over a five-year (5) term at 20% per year. During that time, any non-forgiven portion of the principal is due only if there is a transfer of the property or if the property ceases to be the homeowner's principal residence.

**IT IS FURTHER ORDERED** that Debtors are permitted to execute and record a MHA Mortgage Lien on their principal residence 8279 Hummingbird Dr., Ypsilanti, MI 48197.

**"Exhibit A"**